UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **CINDY J. CHRISTIE** | ) | Bankruptcy No. 16-06685 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Joseph P. Doyle
105 S. Roselle Road, Suite 203
Schaumburg, IL 60193

**VIA REGULAR MAIL**

CINDY J. CHRISTIE
70 MELBROOKE ROAD
ELGIN, IL 60123

Quantum3 Group LLC as agent
for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Quantum3 Group LLC as agent
for Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(QCARD)
POB 41067
Norfolk, VA 23541

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000