**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: CHRISTIE, CINDY J.                                         § Case No. 16-06685
                                                                  §
                                                                  §
                                                                  §
Debtor(s)                                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $18,516.50                     Assets Exempt: $22,225.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,701.18        Claims Discharged
                                                  Without Payment: $10,142.59

Total Expenses of Administration: $3,798.82

---

    3) Total gross receipts of $ 10,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,798.82 | 3,798.82 | 3,798.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 16,843.77 | 16,843.77 | 6,701.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,642.59 | $20,642.59 | $10,500.00 |

    4) This case was originally filed under Chapter 7 on February 29, 2016. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/28/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor has 137 shares of Kimberly Clark | 1129-000 | 10,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 4.22 | 4.22 | 4.22 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 1,975.00 | 1,975.00 | 1,975.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 9.60 | 9.60 | 9.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,798.82 | $3,798.82 | $3,798.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 88.00 | 88.00 | 35.01 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 610.01 | 610.01 | 242.69 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,766.06 | 1,766.06 | 702.62 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 13,269.93 | 13,269.93 | 5,279.35 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,109.77 | 1,109.77 | 441.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $16,843.77 | $16,843.77 | $6,701.18 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-06685  
**Case Name:** CHRISTIE, CINDY J.

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 02/29/16 (f)  
**§341(a) Meeting Date:** 03/28/16

**Period Ending:** 03/28/17  
**Claims Bar Date:** 07/18/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  70 Melbrooke Road, Elgin, IL 60123-0000, Kane 1992 Hi-tech Mobile Home-1404 square feet | 11,054.50 | 0.00 | | 0.00 | FA |
| 2  2006 Pontiac Torrent, 127000 miles, Paid In Full Full coverage auto insurance | 3,100.00 | 0.00 | | 0.00 | FA |
| 3  2001, 1 Golf Cart - fair market value is between $500 to $1,000 | 750.00 | 0.00 | | 0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | 465.00 | 0.00 | | 0.00 | FA |
| 5  Books, Pictures, and CD's | 170.00 | 0.00 | | 0.00 | FA |
| 6  Wearing Apparel | 825.00 | 0.00 | | 0.00 | FA |
| 7  Miscellaneous Costume Jewelry | 640.00 | 0.00 | | 0.00 | FA |
| 8  Cash | 22.00 | 0.00 | | 0.00 | FA |
| 9  Checking account with Harris Bank | 410.00 | 0.00 | | 0.00 | FA |
| 10  Debtor has 137 shares of Kimberly Clark $131.00 a share | 17,947.00 | 10,500.00 | | 10,500.00 | FA |
| 11  Estimated 2015 tax refund of $1080.00 has not | 1,080.00 | 0.00 | | 0.00 | FA |
| 11  **Assets    Totals** (Excluding unknown values) | **$36,463.50** | **$10,500.00** | | **$10,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    November 29, 2016    **Current Projected Date Of Final Report (TFR):**    November 29, 2016  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-06685  
**Case Name:** CHRISTIE, CINDY J.  
**Taxpayer ID #:** **-***6840  
**Period Ending:** 03/28/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****097866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/16 | {10} | Cindy J. Christie | Settlement Pursuant to Order | 1129-000 | 10,500.00 | | 10,500.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 10,490.00 |
| 01/13/17 | 101 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $1,975.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,975.00 | 8,515.00 |
| 01/13/17 | 102 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $9.60, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 9.60 | 8,505.40 |
| 01/13/17 | 103 | Quantum3 Group LLC as agent for | Dividend paid 39.78% on $88.00; Claim# 1; Filed: $88.00; Reference: | 7100-000 | | 35.01 | 8,470.39 |
| 01/13/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid 39.78% on $610.01; Claim# 2; Filed: $610.01; Reference: | 7100-000 | | 242.69 | 8,227.70 |
| 01/13/17 | 105 | Quantum3 Group LLC as agent for | Dividend paid 39.78% on $1,766.06; Claim# 3; Filed: $1,766.06; Reference: | 7100-000 | | 702.62 | 7,525.08 |
| 01/13/17 | 106 | Capital One Bank (USA), N.A. | Dividend paid 39.78% on $13,269.93; Claim# 4; Filed: $13,269.93; Reference: | 7100-000 | | 5,279.35 | 2,245.73 |
| 01/13/17 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 39.78% on $1,109.77; Claim# 5; Filed: $1,109.77; Reference: | 7100-000 | | 441.51 | 1,804.22 |
| 01/13/17 | 108 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,804.22 | 0.00 |
| | | | Dividend paid 100.00%   1,800.00 on $1,800.00; Claim# ; Filed: $1,800.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   4.22 on $4.22; Claim# ; Filed: $4.22 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 10,500.00 | 10,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,500.00 | 10,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,500.00** | **$10,500.00** | |

{} Asset reference(s)

Printed: 03/28/2017 10:11 AM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-06685  
**Case Name:** CHRISTIE, CINDY J.

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****097866 - Checking Account

**Taxpayer ID #:** **-***6840  
**Period Ending:** 03/28/17

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | | Checking # ****097866 | | 10,500.00 | 10,500.00 | 0.00 |
| | | | | | $10,500.00 | $10,500.00 | $0.00 |

{} Asset reference(s)

Printed: 03/28/2017 10:11 AM    V.13.30